119 F.3d 233w
 21 Employee Benefits Cas. 1437,
Pens. Plan Guide (CCH) P 23935X
Joseph R. WALLING, and other individuals similarly situated
v.
Edward J. BRADY; Harold R. Brohawn; John D. Daniello;
William R. Hickman; Terrance M. Shannon; John W. Stewart;
James R. Wahl; Alfred C. Wilson, Jr., as Trustees of the
Plumbers and Pipe Fitters Local Union No. 74 Pension Fund;
Plumbers And Pipe Fitters Local Union No. 74 Pension Fund, Appellants.
 No. 96-7526.
 United States Court of Appeals,
Third Circuit.
 Argued June 16, 1997.
Dedided July 25, 1997.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION